IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

CARMEN DAY,                          :

        Plaintiff,

    v.                               :        Case No. 3:13-cv-177

COMMISSIONER OF SOCIAL                        JUDGE WALTER H. RICE
SECURITY,
                                     :
        Defendant.

---

DECISION AND ENTRY ADOPTING UNITED STATES MAGISTRATE
JUDGE'S REPORT AND RECOMMENDATIONS (DOC. #20);
SUSTAINING PLAINTIFF'S UNOPPOSED MOTION FOR ATTORNEY
FEES UNDER EQUAL ACCESS TO JUSTICE ACT ("EAJA"), 28 U.S.C.
§ 2412(d) (DOC. #19); AWARDING PLAINTIFF $6,265.73 IN EAJA
FEES

---

Based on the reasoning and citations of authority set forth in the Report and

Recommendations filed by United States Magistrate Judge Michael J. Newman on

February 2, 2015, Doc. #20, as well as on a thorough *de novo* review of this

Court's file and the applicable law, the Court ADOPTS said judicial filing in its

entirety, SUSTAINS Plaintiff's unopposed Motion for Attorney Fees Under Equal

Access to Justice Act ("EAJA"), 28 U.S.C. § 2412(d), Doc. #19, and AWARDS

Plaintiff $6,265.73 in EAJA attorney fees.

The Court notes that, although the parties were notified of their right to file

Objections to the Report and Recommendations, and of the consequences of failing

to do so, no Objections have been filed within the time allotted.

As no further matters remain pending for review, this case remains

TERMINATED on the Court's docket.


Date: March 26, 2015

WALTER H. RICE
UNITED STATES DISTRICT JUDGE